2003 OCT 27 A 11: 58

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| ARTHUR YEOMANS, JR. | :  |
| Plaintiff | : CIVIL ACTION NO: |
| | : 3:03 CV 0380(SRU) |
| Vs. | : |
| SANDRA E. WALLACE a/k/a | : |
| SANDRA E. LUZZI, GEORGE | : |
| T. LUZZI, DALE BRUMMUND, | : |
| and TOWN OF STONINGTON | : OCTOBER 24, 2003 |
| Defendants | : |

### MOTION FOR MODIFICATION OF RULE 26(f) SCHEDULING ORDER

The plaintiff, with the agreement of all represented parties (Dale Brummund, Town of Stonington, and George Luzzi) hereby requests that the court modify the discovery schedule contained in the party's 26(F) report. The plaintiff submits as follows:

a. The present discovery schedule requires that discovery be completed by February 28, 2004.

b. On April 25, 2003 the defendants Town of Stonington and Dale Brummund filed a Motion to Dismiss. That motion, if granted, will immediately dispose of this

BROWN JACOBSON P.C.
ATTORNEYS AT LAW
22 COURTHOUSE SQUARE   P.O. BOX 391   NORWICH, CONNECTICUT 06360-0391
JURIS # 06537   (860) 889-3321

case as to those defendants and may result eventually in a dismissal as to the other defendants.

    c. Plaintiff has filed a response to the Motion to Dismiss and the parties are awaiting a decision.

    d. All parties prefer to avoid discovery expenses until a decision is made on the Motion to Dismiss.

    The parties therefore request that the discovery order be amended to provide that discovery be completed within 6 months of the court's decision on the Motion to Dismiss, with all other discovery deadlines adjusted accordingly.

THE PLAINTIFF,
ARTHUR YEOMANS, JR.,

By_____
    John C. Wrzbicki
Fed. Bar No. ct05679
Brown Jacobson, P.C.
P.O. Box 391
22 Courthouse Square
Norwich, CT 06360
Tel: (860) 889-3321

## CERTIFICATION

    I hereby certify that a copy of the foregoing Memorandum in Opposition to Motion to Dismiss was mailed, postage pre-paid, to all counsel and pro-se parties on record, this October 24, 2003, as follows:

Thomas Murtha, Esq.
Mark A. Perkins, Esq.
Maher and Murtha, LLC
528 Clinton Avenue, P.O. Box 901
Bridgeport, CT 06601-0901

Steven T. Hartford, Esq.
Capalbo, Capalbo & Hartford
67 High Street
Westerly, RI 02891

Sandra E. Wallace, Pro Se
120 Liberty Street
Pawcatuck, CT 03679

_____
John C. Wirzbicki