# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

YEOMANS                                            :

            v.                                     :   CASE NO. 3:03cv380 (SRU)

WALLACE                                            :

## ORDER OF REFERRAL TO SPECIAL MASTERS

Pursuant to Rules 11 and 28, Rules of Civil Procedure (D.Conn.), it is hereby Ordered that the above-captioned case is referred to Special Masters James Szerejko and Thomas McHale for the purpose of holding a settlement conference. The Special Masters are asked to confer with each other and determine a date for the conference, allowing at least three weeks notice to counsel. The Special Masters are also asked to contact Barbara Sbalbi, Judicial Assistant, telephone: 203-579-5714, within 10 days of the date of this order, to make the necessary arrangements for the issuance of a calendar or a date will be set by the Clerk. Counsel of record will be sent a notice by the Office of the Clerk, notifying them of the date, place and time of the settlement conference. Counsel in this case are directed to have their clients accompany them to the settlement conference. Any request for clients to be excused from personal attendance must be directed to the Special Master.

Dated at Bridgeport, Connecticut, this 13th day of November, 2003.

BY ORDER OF THE COURT

KEVIN F. ROWE, Clerk

By: Barbara Sbalbi
    Barbara Sbalbi
    Deputy Clerk