03cv380 MJS Mod



2003 OCT 27  A 11: 58

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

ARTHUR YEOMANS, JR.

    Plaintiff

Vs.

SANDRA E. WALLACE a/k/a
SANDRA E. LUZZI, GEORGE
T. LUZZI, DALE BRUMMUND,
and TOWN OF STONINGTON

    Defendants

CIVIL ACTION NO:
3:03 CV 0380(SRU)

OCTOBER 24, 2003

## MOTION FOR MODIFICATION OF RULE 26(f) SCHEDULING ORDER

The plaintiff, with the agreement of all represented parties (Dale Brummund, Town of Stonington, and George Luzzi) hereby requests that the court modify the discovery schedule contained in the party's 26(F) report. The plaintiff submits as follows:

    a. The present discovery schedule requires that discovery be completed by February 28, 2004.

    b. On April 25, 2003 the defendants Town of Stonington and Dale Brummund filed a Motion to Dismiss. That motion, if granted, will immediately dispose of this

Motion Granted.
Discovery cutoff date  May 15, 2004
Dispositive Motions Due by June 15, 2004
SO ORDERED
/s/ Stefan R. Underhill, U.S.D.J.
11/19/03

**BROWN JACOBSON P.C.**
ATTORNEYS AT LAW
22 COURTHOUSE SQUARE    P.O. BOX 391    NORWICH, CONNECTICUT 06360-0391
JURIS # 06537    (860) 889-3321