UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ARTHUR YEOMANS, JR., | : |
| Plaintiff. | : CIVIL ACTION NO:<br>: 3:03 CV 0380(SRU) |
| V. | : |
| SANDRA E. WALLACE a/k/a<br>SANDRA E. LUZZI, GEORGE<br>T. LUZZI, DALE BRUMMOND,<br>and TOWN OF STONINGTON, | : |
| Defendants. | : DECEMBER 9, 2003 |

**NOTICE OF SERVICE OF SETTLEMENT CONFERENCE MEMORANDUM**

The defendants, Dale Brummond and the Town of Stonington, herein give notice that said defendants' Settlement Conference Memorandum has been served on Special Master James J. Szerejko at Halloran & Sage, One Goodwin Square, 225 Asylum Street, Hartford, CT 06103 and Special Master Thomas J. McHale at 400 Orange Street, New Haven, CT 06511 on this 9th day of December, 2003.

THE DEFENDANTS, Dale Brummond and
Town of Stonington

BY_____
Thomas M. Murtha - Maher and Murtha, LLC
528 Clinton Avenue - P.O. Box 901
Bridgeport, CT 06601-0901
Phone (203) 367-2700   Fed. Bar #CT05522

This is to certify that a copy of the foregoing was sent on this 9th day of December, 2003 to:

John C. Wirzbicki, Esq.
Brown Jacobson, P.C.
P.O. Box 391528
Courthouse Square
Norwich, CT 06360

Steven T. Hartford, Esq.
Capalbo, Capalbo & Hartford
67 High Street
Westerly, RI 02891

Sandra E. Wallace, Pro Se
120 Liberty Street
Pawcatuck, CT 03679

BY _____
Thomas M. Murtha

2