UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ARTHUR YEOMANS, JR. : | |
|     Plaintiff : | CIVIL ACTION NO: |
| : |  3:03 CV 0380(SRU) |
| Vs. : | |
| SANDRA E. WALLACE a/k/a : | |
| SANDRA E. LUZZI, GEORGE : | |
| T. LUZZI, DALE BRUMMUND, : | |
| and TOWN OF STONINGTON : | DECEMBER 11, 2003 |
| : | |
|     Defendants : | |

MOTION FOR CONTINUANCE OF SETTLEMENT CONFERENCE

    A settlement conference is scheduled in the above case for December 17, 2003 at 10:00 a.m.

    Plaintiff's counsel notified plaintiff of the settlement conference by letter and followed up with a telephone call on the afternoon of 10th. Counsel spoke to plaintiff's son, who told counsel that the plaintiff suffered a heart attack toward the end of November. The plaintiff is an 80 year old man. He was in the hospital for 5 days and was in a convalescent home for an additional 9 days. He is currently recovering at home and is still heavily medicated and under fairly constant supervision by visiting nurses. According to his son, he is not expected to be in a position to attend a settlement conference on December 17th or to provide meaningful imput with regard to settlement.

The plaintiff, therefore, requests a continuance of the Settlement Conference. Given the situation, and given the upcoming holidays, plaintiff requests that the Settlement Conference be scheduled for a date after the first of the year.

Plaintiff has contacted counsel for the defendants and they both have agreed to this request. Counsel for the parties have agreed that January 29th at 10:00 AM would be an appropriate time, as both defense counsels have heavy trial schedules in the weeks prior that the final week of January. The Special Masters are also available at that date and time.

THE PLAINTIFF,
ARTHUR YEOMANS, JR.

By_____
   John C. Wirzbicki
Fed. Bar No. ct05679
Brown Jacobson, P.C.
P.O. Box 391, 22 Courthouse Sqare
Norwich, CT  06360
Tel: (860) 889-3321

## CERTIFICATION

      I hereby certify that a copy of the foregoing Motion for Continuance of Settlement Conference was mailed, postage pre-paid, to all counsel and pro-se parties on record, on December 11, 2003, as follows:

Mark A. Perkins, Esq.  
Thomas Murtha, Esq.  
Maher and Murtha, LLC  
528 Clinton Avenue, P.O. Box 901  
Bridgeport, CT  06601-0901

Steven T. Hartford, Esq.  
Capalbo, Capalbo & Hartford  
67 High Street  
Westerly, RI  02891

Sandra E. Wallace, Pro Se  
120 Liberty Street  
Pawcatuck, CT  03679

Special Master James J. Szerejko  
Halloran & Sage  
One Goodwin Sq., 225 Asylum Street  
Hartford, CT  06103

Special Master Thomas J. McHale  
400 Orange Street  
New Haven, CT  06511

_____  
John C. Wirzbicki