*yeomans motion for Cont*

25

Motion Granted. The conference is re-scheduled for January 29, 2004 at 10:00 a.m., and a new calendar will issue. So Ordered.

Stefan R. Underhill
United States District Judge
12/22/03

FILED

2003 DEC 15 P 2:18

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

ARTHUR YEOMANS, JR.

    Plaintiff

Vs.

SANDRA E. WALLACE a/k/a
SANDRA E. LUZZI, GEORGE
T. LUZZI, DALE BRUMMUND,
and TOWN OF STONINGTON

    Defendants

CIVIL ACTION NO:
3:03 CV 0380(SRU)

DECEMBER 11, 2003

## MOTION FOR CONTINUANCE OF SETTLEMENT CONFERENCE

A settlement conference is scheduled in the above case for December 17, 2003 at 10:00 a.m.

Plaintiff's counsel notified plaintiff of the settlement conference by letter and followed up with a telephone call on the afternoon of the 10th. Counsel spoke to plaintiff's son, who told counsel that the plaintiff suffered a heart attack toward the end of November. The plaintiff is an 80 year old man. He was in the hospital for 5 days and was in a convalescent home for an additional 9 days. He is currently recovering at home and is still heavily medicated and under fairly constant supervision by visiting nurses. According to his son, he is not expected to be in a position to attend a settlement conference on December 17th or to provide meaningful imput with regard to settlement.

BROWN JACOBSON P.C.
ATTORNEYS AT LAW
22 COURTHOUSE SQUARE   P.O. BOX 391   NORWICH, CONNECTICUT 06360-0391
JURIS # 06537   (860) 889-3321