UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ARTHUR YEOMANS, JR. | : |
| Plaintiff | : CIVIL ACTION NO: |
| | :  3:03 CV 0380(SRU) |
| Vs. | : |
| SANDRA E. WALLACE a/k/a | : |
| SANDRA E. LUZZI, GEORGE | : |
| T. LUZZI, DALE BRUMMUND, | : |
| and TOWN OF STONINGTON | : JANUARY 5, 2004 |
| Defendants | : |

MOTION FOR EXTENSION OF TIME WITHIN WHICH TO RESPOND TO DEFENDANTS' FIRST SET OF INTERROGATORIES AND REQUEST FOR PRODUCTION DATED DECEMBER 4, 2003

The Plaintiff, ARTHUR YEOMANS, JR., hereby requests an extension of time, through and including January 22, 2004, within which to respond to the First Set of Interrogatories and Requests for Production, dated December 4, 2003, filed by defendants, DALE BRUMMUND and TOWN OF STONINGTON.

As stated in previous motions to the court, the 80 year old plaintiff recently had a heart attack and has been recuperating. Also, plaintiff's counsel has been away on a brief vacation.

The attorney for the defendant Dale Brummund and Town of Stonington has been contacted and has indicated that he has no objection to the granting of this motion. The undersigned certifies that this case has not been assigned for trial.  This is the first extension that has been requested for this purpose.

Dated at Norwich, Connecticut, this 5th day of January, 2004.

                THE PLAINTIFF,
                ARTHUR YEOMANS, JR.,

                By_____
                  John C. Wirzbicki
                Fed. Bar No. ct05679
                Brown, Jacobson, Tillinghast,
                 Lahan & King, P.C.
                22 Courthouse Sq., Norwich, CT  06360
                Tel: (860) 889-3321

## CERTIFICATION

      I hereby certify that a copy of the foregoing Motion for Extension of Time was mailed, postage pre-paid, to all counsel and pro-se parties on record, on January 5, 2004, as follows:

Mark A. Perkins, Esq.
Thomas Murtha, Esq.
Maher and Murtha, LLC
528 Clinton Avenue, P.O. Box 901
Bridgeport, CT  06601-0901

Steven T. Hartford, Esq.
Capalbo, Capalbo & Hartford
67 High Street
Westerly, RI  02891

Sandra E. Wallace, Pro Se
120 Liberty Street
Pawcatuck, CT  03679

Special Master James J. Szerejko
Halloran & Sage
One Goodwin Sq., 225 Asylum Street
Hartford, CT  06103

Special Master Thomas J. McHale
400 Orange Street
New Haven, CT  06511

_____
John C. Wirzbicki