#27

FILED

2004 JAN -6 P 12: 01

US DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ARTHUR YEOMANS, JR.

    Plaintiff

Vs.

SANDRA E. WALLACE a/k/a
SANDRA E. LUZZI, GEORGE
T. LUZZI, DALE BRUMMUND,
and TOWN OF STONINGTON

    Defendants

CIVIL ACTION NO:
3:03 CV 0380(SRU)

JANUARY 5, 2004

ORDERED ACCORDINGLY.
Kevin F. Rowe, Clerk
By: [signature] Deputy Clerk

## MOTION FOR EXTENSION OF TIME WITHIN WHICH TO RESPOND TO DEFENDANTS' FIRST SET OF INTERROGATORIES AND REQUEST FOR PRODUCTION DATED DECEMBER 4, 2003

The Plaintiff, ARTHUR YEOMANS, JR., hereby requests an extension of time, through and including January 22, 2004, within which to respond to the First Set of Interrogatories and Requests for Production, dated December 4, 2003, filed by defendants, DALE BRUMMUND and TOWN OF STONINGTON.

As stated in previous motions to the court, the 80 year old plaintiff recently had a heart attack and has been recuperating. Also, plaintiff's counsel has been away on a brief vacation.

The attorney for the defendants Dale Brummund and Town of Stonington has been contacted and has indicated that he has no objection to the granting of this motion. The undersigned certifies that this case has not been assigned for trial. This is the first extension that has been requested for this purpose.

BROWN JACOBSON P.C.
ATTORNEYS AT LAW
22 COURTHOUSE SQUARE    P.O. BOX 391    NORWICH, CONNECTICUT 06360-0391
JURIS # 06537    (860) 889-3321