UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ARTHUR YEOMANS, JR. | : |
|     Plaintiff | :    CIVIL ACTION NO: |
| | :       3:03 CV 0380(SRU) |
| Vs. | : |
| SANDRA E. WALLACE a/k/a | : |
| SANDRA E. LUZZI, GEORGE | : |
| T. LUZZI, DALE BRUMMOND, | : |
| and TOWN OF STONINGTON | :    JANUARY 23, 2004 |
|     Defendants | : |

MOTION FOR CONTINUANCE OF SETTLEMENT CONFERENCE

A settlement conference is scheduled in the above case for January 29, 2004 at 10:00 a.m.

As stated in a previous motion for continuance, the 80 year old plaintiff recently had a heart attack. It was hoped that he would be able to participate in a settlement conference in this time period. Counsel has been informed that plaintiff is still recuperating. In the mornings he must take medication which leave him both physically and mentally impaired for most of the morning. In the afternoons he is usually able to function acceptably. Unfortunately, the settlement conference is scheduled for the morning, and not all parties and counsel are available in the afternoon.

The plaintiff, therefore, requests a continuance of the Settlement Conference. Plaintiff's counsel, after getting consent from counsel for the Town of Stonington (other appearing counsel could not be reached) has discussed this with the court's clerk, and

was told that the court was agreeable to the continuance and that the parties should work out another date. At the present time, the parties are still attempting to find a date when all counsel, parties, and special masters will be available.

The plaintiff requests that the motion for continuance be granted, and that the parties be instructed to report back to the court when they have found a date for the meeting when all parties can be available.

                THE PLAINTIFF,
                ARTHUR YEOMANS, JR.


                By_____
                   John C. Wirzbicki
                Fed. Bar No. ct05679
                Brown Jacobson, P.C.
                P.O. Box 391, 22 Courthouse Square
                Norwich, CT  06360
                Tel: (860) 889-3321

## CERTIFICATION

      I hereby certify that a copy of the foregoing Motion for Continuance of Settlement Conference was mailed, postage pre-paid, to all counsel and pro-se parties on record, on January 23, 2004 as follows:

Mark A. Perkins, Esq.
Thomas Murtha, Esq.
Maher and Murtha, LLC
528 Clinton Avenue, P.O. Box 901
Bridgeport, CT  06601-0901

Steven T. Hartford, Esq.
Capalbo, Capalbo & Hartford
67 High Street
Westerly, RI  02891

Sandra E. Wallace, Pro Se
120 Liberty Street
Pawcatuck, CT  03679

Special Master James J. Szerejko
Halloran & Sage
One Goodwin Sq., 225 Asylum Street
Hartford, CT  06103

Special Master Thomas J. McHale
400 Orange Street
New Haven, CT  06511

                                                            _____
                                                            John C. Wirzbicki