

GRANTED. The settlement conference may be rescheduled for any day convenient for the Special Masters. So Ordered.
Stefan R. Underhill
United States District Judge
01/28/04

03CV380mcont

FILED
2004 JAN 26 P 1: 26

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| ARTHUR YEOMANS, JR. : | |
| Plaintiff : | CIVIL ACTION NO: |
| : | 3:03 CV 0380(SRU) |
| Vs. : | |
| SANDRA E. WALLACE a/k/a : | |
| SANDRA E. LUZZI, GEORGE : | |
| T. LUZZI, DALE BRUMMUND, : | |
| and TOWN OF STONINGTON : | JANUARY 23, 2004 |
| Defendants : | |

### MOTION FOR CONTINUANCE OF SETTLEMENT CONFERENCE

A settlement conference is scheduled in the above case for January 29, 2004 at 10:00 a.m.

As stated in a previous motion for continuance, the 80 year old plaintiff recently had a heart attack. It was hoped that he would be able to participate in a settlement conference in this time period. Counsel has been informed that plaintiff is still recuperating. In the mornings he must take medication which leave him both physically and mentally impaired for most of the morning. In the afternoons he is usually able to function acceptably. Unfortunately, the settlement conference is scheduled for the morning, and not all parties and counsel are available in the afternoon.

The plaintiff, therefore, requests a continuance of the Settlement Conference. Plaintiff's counsel, after getting consent from counsel for the Town of Stonington (other appearing counsel could not be reached) has discussed this with the court's clerk, and

BROWN JACOBSON P.C.
ATTORNEYS AT LAW
22 COURTHOUSE SQUARE   P.O. BOX 391   NORWICH, CONNECTICUT 06360-0391
JURIS # 06537   (860) 889-3321