UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ARTHUR YEOMANS, JR. | : |
| Plaintiff | : CIVIL ACTION NO: |
| | :  3:03 CV 0380(SRU) |
| Vs. | : |
| SANDRA E. WALLACE a/k/a SANDRA E. LUZZI, GEORGE T. LUZZI, DALE BRUMMOND, and TOWN OF STONINGTON | : |
| | : MARCH 1, 2004 |
| Defendants | : |

MOTION FOR PERMISSION TO WITHDRAW APPEARANCE

The undersigned, John C. Wirzbicki and Meredith G. Diette, pursuant to Local Rule 7(e), hereby request permission to withdraw their appearance on behalf of the plaintiff in this action. The undersigned have good cause for this request because the attorney / client relationship has completely broken down.

The plaintiff and counsel have had substantial disagreements regarding various aspects of this case. The most significant problem, however, has been the plaintiff's refusal to cooperate with counsel on procedural matters. The plaintiff has been very ill, as a review of the court file would indicate. The plaintiff, however, has not been forthcoming with counsel regarding the extent of that illness and the extent to which he is currently able, or will be able, to participate in this litigation. Most specifically, he has refused to allow the undersigned access to his medical providers to confirm the details of his medical conditions so that appropriate relief can be requested from the court with

regard to scheduling this matter. The defendants in this action have been seeking to schedule a deposition of the plaintiff and the undersigned have been unable to cooperate with opposing counsel. Counsel has left phone messages for the plaintiff that have gone unreturned and has written letters that have gone unanswered. When counsel is able to contact the plaintiff, the conversations have been inconclusive and plaintiff has not followed up in accordance with agreements reached.

At this point, counsel do not feel that the relationship between them and the plaintiff can be repaired. Counsel has previously written to the plaintiff informing him of counsel's intent to withdraw. In order to protect the client's interests going forward, a copy of that letter is not attached to this motion, as it might impair the plaintiff's ability to prosecute this action either through new counsel or pro se. As of the time of this writing, the plaintiff has not responded to counsel.

For the foregoing reasons, the undersigned request permission to withdraw their appearance on behalf of the plaintiff.

THE PLAINTIFF,
ARTHUR YEOMANS, JR.,

By_____
   John C. Wirzbicki
Fed. Bar No. ct05679
Brown Jacobson, P.C.
22 Courthouse Sq., P.O. Box 391
Norwich, CT 06360
Tel: (860) 889-3321

By_____
   Meredith G. Diette
Fed. Bar No. ct22276
Brown Jacobson P.C.
22 Courthouse Square
P.O. Box 391
Norwich, Connecticut 06360
Tel: (860) 889-3321

## NOTICE TO ARTHUR YEOMANS, JR.

1. The attorney is filing a motion which seeks the Court's permission to no longer represent you in the case;

2. If the motion to withdraw is granted, you should either obtain another attorney or file an appearance on your own behalf with the court;

3. If you do neither, you will not receive notice of the court proceedings in the case and a nonsuit or default judgment may be rendered against you  The attorney's appearance for you shall be deemed to have been withdrawn upon the granting of the motion without the necessity of filing a withdrawal of appearance.

_____
BY: John C. Wirzbicki
Fed. Bar No. ct05679
Brown Jacobson P.C.
22 Courthouse Square, P.O. Box
Norwich, CT. 06360
860-889-3321

## CERTIFICATION

I hereby certify that a copies of the foregoing Motion for Permission to Withdraw Appearance and Notice, were mailed, postage pre-paid, and/or hand delivered, to all counsel and pro-se parties on record, on March 1, 2004, as follows:

Mr. Arthur Yeomans, Jr.
P.O. BOX 787
Westbrook, CT  06498

Mark A. Perkins, Esq.
Thomas Murtha, Esq.
Maher and Murtha, LLC
528 Clinton Avenue, P.O. Box 901
Bridgeport, CT  06601-0901

Steven T. Hartford, Esq.
Capalbo, Capalbo & Hartford
67 High Street
Westerly, RI  02891

Sandra E. Wallace, Pro Se
120 Liberty Street
Pawcatuck, CT  03679

And I further certify that a copy of the foregoing was mailed by certified mail, return receipt requested to the Plaintiff, Arthur Yeomans, Jr., at the above stated address and that a copy of this motion has been given to a Connecticut State Marshall, an indifferent person, with instructions to personally serve the plaintiff. A copy of the return of service will be filed upon receipt thereof by the undersigned.

_____
John C. Wirzbicki