UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ARTHUR YEOMANS, JR. : | |
| : | |
| Plaintiff : | CIVIL ACTION NO: |
| : | 3:03 CV 0380(SRU) |
| : | |
| Vs. : | |
| : | |
| SANDRA E. WALLACE a/k/a : | |
| SANDRA E. LUZZI, GEORGE : | |
| T. LUZZI, DALE BRUMMOND, : | |
| and TOWN OF STONINGTON : | MARCH 1, 2004 |
| : | |
| Defendants : | |

NOTICE OF FILING ORIGINAL RETURN RECEIPT CARD
RE: MOTION TO WITHDRAW APPEARANCE

    The undersigned, counsel for the plaintiff, Arthur Yeomans, Jr., in the above entitled action, hereby gives notice that he is filing herewith the original Receipt Card for the certified mailing with respect to service of the Motion to Withdraw Appearance in this action.

                                                By_____
                                                  John C. Wirzbicki
                                                  Fed. Bar No. ct05679
                                                  Brown Jacobson, P.C.
                                                  22 Courthouse Sq., P.O. Box 391
                                                  Norwich, CT  06360
                                                  Tel: (860) 889-3321

## CERTIFICATION

      I hereby certify that a copies of the foregoing Notice, were mailed, postage pre-paid, and/or hand delivered, to all counsel and pro-se parties on record, on March 1, 2004, as follows:

Mr. Arthur Yeomans, Jr.
P.O. BOX 787
Westbrook, CT  06498

Mark A. Perkins, Esq.
Thomas Murtha, Esq.
Maher and Murtha, LLC
528 Clinton Avenue, P.O. Box 901
Bridgeport, CT  06601-0901

Steven T. Hartford, Esq.
Capalbo, Capalbo & Hartford
67 High Street
Westerly, RI  02891

Sandra E. Wallace, Pro Se
120 Liberty Street
Pawcatuck, CT  03679

_____
John C. Wirzbicki