UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ARTHUR YEOMANS, JR. : | |
| : | |
| Plaintiff : | CIVIL ACTION NO: |
| : | 3:03 CV 0380(SRU) |
| : | |
| Vs. : | |
| : | |
| SANDRA E. WALLACE a/k/a : | |
| SANDRA E. LUZZI, GEORGE : | |
| T. LUZZI, DALE BRUMMOND, : | |
| and TOWN OF STONINGTON : | MARCH 11, 2004 |
| : | |
| Defendants : | |

NOTICE OF FILING MARSHAL'S RETURN OF SERVICE
RE: MOTION TO WITHDRAW APPEARANCE

The undersigned, counsel for the plaintiff, Arthur Yeomans, Jr., in the above entitled action, hereby gives notice that he is filing herewith the original Marshal's Return of Service with respect to the service of the Motion to Withdraw Appearance upon the plaintiff in this action.

By_____
   John C. Wirzbicki
Fed. Bar No. ct05679
Brown Jacobson, P.C.
22 Courthouse Sq., P.O. Box 391
Norwich, CT  06360
Tel: (860) 889-3321

## CERTIFICATION

     I hereby certify that a copy of the foregoing Notice, was mailed, postage pre-paid, to all counsel and pro-se parties on record, and to the plaintiff, on March 11, 2004, as follows:

Mr. Arthur Yeomans, Jr.
P.O. Box 787
Westbrook, CT  06498

Mark A. Perkins, Esq.
Thomas Murtha, Esq.
Maher and Murtha, LLC
528 Clinton Avenue, P.O. Box 901
Bridgeport, CT  06601-0901

Steven T. Hartford, Esq.
Capalbo, Capalbo & Hartford
67 High Street
Westerly, RI  02891

Sandra E. Wallace, Pro Se
120 Liberty Street
Pawcatuck, CT  03679

_____
John C. Wirzbicki