STATE OF CONNECTICUT>

SS: WESTBROOK MARCH 5, 2004

COUNTY OF MIDDLESEX >

Then and there and by virtue of the original MOTION, and by direction of the plaintiff's attorney, I left a true and attested copy of the original MOTION FOR PERMISSION TO WITHDRAW APPEARANCE, NOTICE AND CERTIFICATION, with and in the hands of the within named defendant, ARTHUR YEOMANS JR., at said 59 POINTINA ROAD, WESTBROOK, CONNECTICUT.

The within is the original, MOTION FOR PERMISSION TO WITHDRAW APPEARANCE, NOTICE AND CERTIFICATION, with my doings hereon endorsed.

ATTEST:

Joseph Passanesi
State Marshal
Middlesex County

FEES:
Copy              4.00
Service           30.00
Endorsement       1.20
Travel            2.00

Total             37.20