UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ARTHUR YEOMANS | : |
| | : |
| | : |
| v. | : CASE NO. 3:03 CV 380 (SRU) |
| | : |
| SANDRA E. WALLACE, ET AL. | : |

**STATUS CONFERENCE ORDER**

Pursuant to Rule 16 of the Federal Rules of Civil Procedure, this case is scheduled for a status conference with Judge Stefan R. Underhill on **April 21, 2004, at 4:00 p.m.** The conference will be in chambers at 915 Lafayette Boulevard in Bridgeport, Connecticut.

**Counsel and parties shall attend in person** and be prepared to discuss with particularity all topics appropriate for consideration under Fed. R. Civ. P. 16, and, specifically:

  1. The streamlining of issues, including the elimination of claims or defenses;

  2. The current status of discovery, including what discovery has been taken to date;

  3. Any pending or anticipated discovery disputes;

  4. The current status of settlement negotiations and discussion of procedures that may assist in resolving the case;

  5. When the parties will be ready for trial and what additional pleadings or preparation will be needed before trial; and

  6. Any other matters that should be brought to the court's attention.

Counsel are ordered to substantively discuss settlement in good faith. Statements to the effect that the parties have not been able to discuss settlement due to the early stages of discovery or that the parties agree that it is too early in the case for effective and informed settlement negotiations to take place are not a sufficient response to this obligation.

Upon receipt of this order, counsel are instructed to confer with opposing counsel and

confirm that all parties have notice of the status conference. Any requests pertaining to the status conference shall be made to the Chambers of the Judge in writing, or by telephone confirmed in writing, no later than ten (10) days from the date of this order. Out-of-state counsel may seek permission from the court to participate by phone. Similarly, both lead counsel and local counsel need not attend so long as an attorney who is fully prepared to decide all matters pertaining to the case is present at the conference. Any counsel requesting continuances, which will be considered only for good cause clearly shown, shall consult with counsel for all other parties before making the request and shall provide the Court with a list of alternate times and/or dates.

It is so ordered.

Dated at Bridgeport this 23rd day of March 2004.

/s/ Stefan R. Underhill
Stefan R. Underhill
United States District Judge