```
              UNITED STATES DISTRICT COURT
                DISTRICT OF CONNECTICUT

           Rule 16 Status Conference Calendar

            Stefan R. Underhill, U. S. D. J.
                915 Lafayette Boulevard
                      Bridgeport
              Courtroom #1, 4th Floor

                     April 21, 2004

                       4:00 p.m.
```

CASE NO. **3:03cv380**     **Yeomans v Wallace**

John C. Wirzbicki
Meredith G. Diette
Brown Jacobson
22 Courthouse Square
P.O. Box 391
Norwich, CT 06360

Steven T. Hartford
Capalbo, Capalbo & Hartford
67 High St.
Westerly, RI 02891

Mark A. Perkins
Thomas M. Murtha
Maher & Murtha
528 Clinton Ave., PO Box 901
Bridgeport, CT 06601

```
                               BY ORDER OF THE COURT
                               KEVIN F. ROWE, CLERK
```