UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ARTHUR YEOMANS, JR.  :

    Plaintiff  :  CIVIL ACTION NO.
                                     3:03 CV 0380(SRU)

vs.  :

SANDRA E. WALLACE a/k/a
SANDRA E. LUZZI, GEORGE
LUZZI, DALE BRUMMOND,
and TOWN OF STONINGTON  :  MARCH 1, 2004

    Defendants  :

### MOTION FOR PERMISSION TO WITHDRAW APPEARANCE

The undersigned, John C. Wirzbicki and Meredith G. Diette, pursuant to Local Rule 7(e), hereby request permission to withdraw their appearance on behalf of the plaintiff in this action. The undersigned have good cause for this request because the attorney / client relationship has completely broken down.

The plaintiff and counsel have had substantial disagreements regarding various aspects of this case. The most significant problem, however, has been the plaintiff's refusal to cooperate with counsel on procedural matters. The plaintiff has been very ill, as a review of the court file would indicate. The plaintiff, however, has not been forthcoming with counsel regarding the extent of that illness and the extent to which he is currently able, or will be able, to participate in this litigation. Most specifically, he has refused to allow the undersigned access to his medical providers to confirm the details of his medical conditions so that appropriate relief can be requested from the court with

MOTION GRANTED.
SO ORDERED.