```
                                                    FILED
                                                 2004 MAY 27  P 12: 37
                                                 U.S. DISTRICT COURT
                                                 BRIDGEPORT, CONN
```

### DISTRICT OF CONNECTICUT

| | |
|---|---|
| ARTHUR YEOMANS, JR. | : |
| Plaintiff | : CIVIL ACTION NO: |
| | : 3:03 CV 0380(SRU) |
| vs. | : |
| SANDRA E. WALLACE a/k/a | : |
| SANDRA E. LUZZI, GEORGE | : |
| T. LUZZI, DALE BRUMMUND, | : |
| and TOWN OF STONINGTON | : May 26, 2004 |
| Defendants | : |

### STIPULATED DISMISSAL

On April 22, 2004, Judge Underhill held a settlement conference at which time the plaintiff agreed to settle his claims against the Town of Stonington, Dale Brummond and George Luzzi for a total figure of $3,000.00. The settlement agreement was memorialized by a court reporter during the hearing. On or about May 25, 2004, the plaintiff provided the aforementioned defendants with an executed release and the defendants tendered the plaintiff the agreed upon settlement funds. On April 22, 2004, Judge Underhill also granted plaintiff's counsels' Motion to Withdraw from the case. As of this writing the plaintiff has not filed a pro-se appearance nor has new counsel appeared on his behalf.

On May 25, 2004, the undersigned counsel contacted the plaintiff, Arthur Yeomans, Jr., by telephone and received his oral consent to file the instant Stipulation of Dismissal as to the Town of Stonington, Dale Brummond and George Luzzi, only. On said date the undersigned counsel contacted Steven Hartford, counsel for George Luzzi, and obtained his written consent to file the instant Stipulation of Dismissal.

For the reasons set forth above the defendant respectfully requests this Court enter an order dismissing the case as to the defendants, the Town of Stonington, Dale Brummond and George Luzzi.

THE DEFENDANTS,
DALE BRUMMOND and
TOWN OF STONINGTON

By _____
Mark A. Perkins, Esq.
Fed. Bar No: ct22419
Maher and Murtha, LLC
528 Clinton Avenue, P.O. Box 901
Bridgeport, CT 06601
Tel: 203-367-2700
Fax: 203-335-0589

## CERTIFICATION

This is to certify that a copy hereof has been sent, via first-class mail, postage pre-paid, on this day to:

Arthur Yeoman, Jr.
59 Pointina Road
Westbrook, CT 06355

Sandra E. Wallace, Pro Se
120 Liberty Street
Pawcatuck, CT 03679

Representing George T. Luzzi:
Steven Hartford, Esq.
Capalbo, Capalbo & Hartford
67 High Street
Westerly, RI 02891

Mark A. Perkins