UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| YEOMANS | : | |
| | : | CIVIL ACTION NO. |
| v. | : | 3:03 CV 380 (SRU) |
| | : | |
| WALLACE, ET AL. | : | |

## ORDER

On April 21, 2004, plaintiff, Arthur Yeomans, Jr. ("Mr. Yeomans") along with his son, Arthur Yeomans, III, and counsel, John C. Wirzbicki, met in chambers with opposing counsel, Steven T. Hartford, representing Goerge T. Luzzi, and Mark A. Perkins, representing Dale Brummund and the Town of Stonington for a Rule 16 conference in the above referenced matter. At that time, I granted Mr. Wirzbicki's motion to withdraw as Mr. Yeomans' attorney (**doc. # 31**). All parties present reached a settlement agreement. An endorsement order stipulating to the dismissal of George T. Luzzi, Dale Brummund, and the Town of Stonington was entered on June 2, 2004. The only named defendant not present at the conference or party to the settlement was defendant Sandra Wallace.

During the April 21, 2004 conference, I informed Mr. Yeomans that, should he wish to proceed with his claim against Ms. Wallace, within thirty days he must either hire an attorney to appear on his behalf or enter a pro se appearance and pursue his remaining claim. More than thirty days have elapsed and no appearance by or for Mr. Yeomans has been filed.

Accordingly, it is hereby ORDERED, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, that this case is dismissed without prejudice. The clerk is instructed to close the file.

It is so ordered.

Dated at Bridgeport this 4th day of June 2004.

        /s/ Stefan R. Underhill
        Stefan R. Underhill
        United States District Judge